**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 2 0 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FEDOR ANTONOV, on behalf of himself and all others similarly situated,

   Plaintiff,

-against-

ONLINE INFORMATION SERVICES, INC. d/b/a ONLINE COLLECTIONS,

   Defendant.

Case No. 1:17-cv-07496-ARR-ST

**NOTICE OF VOLUNTARY DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice, without costs, or disbursements, or attorneys' fees to any party.

Dated:   Brooklyn, New York
         February 15, 2018

                           Respectfully submitted,

                           By: /s/ Daniel Cohen
                           Daniel Cohen, Esq.
                           Daniel Cohen, PLLC
                           300 Cadman Plaza W, 12th floor
                           Brooklyn, New York 11201
                           Phone: (646) 645-8482
                           Fax:   (347) 665-1545
                           Email: Dan@dccohen.com
                           *Attorneys for Plaintiff*

So ordered.   /s/(ARR)   USDJ